CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

NICOLE HUDSPETH #11079
Special Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:   (808) 541-2958
Nicole.Hudspeth@usdoj.gov

> **FILED IN THE**
> **UNITED STATES DISTRICT COURT**
> **DISTRICT OF HAWAII**
>
> January 15, 2024
>
> **Lucy H. Carrillo, Clerk of Court**

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BILLY WILHELM HUNTZINGER<br>aka Wilhelm Lewis Huntzinger,<br><br>Defendant. | MAG. NO.  **24-00040 WRP**<br><br>CRIMINAL COMPLAINT;<br>AFFIDAVIT IN SUPPORT OF<br>CRIMINAL COMPLAINT |

## **CRIMINAL COMPLAINT**

I, the undersigned complainant, being duly sworn, state the following

is true and correct to the best of my knowledge and belief:

Felon in Possession of Ammunition
(18 U.S.C. §§ 922(g)(1) and 924(a)(2))

On or about January 11, 2024, within the District of Hawaii, BILLY

WILHELM HUNTZINGER, aka Wilhelm Lewis Huntzinger, the defendant,

having been previously convicted of a crime punishable by imprisonment for a

term exceeding one year, and knowing that he had been convicted of such a crime,

did knowingly possess ammunition, namely 205 rounds of Remington .223 caliber

ammunition with said ammunition having been shipped and transported in

interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 922(g)(1) and

924(a)(2).

I further state that I am a Special Agent with the United States Federal

Bureau of Investigation, and that this Complaint is based upon the facts set forth in

the attached "Affidavit in Support of Criminal Complaint", which is attached

hereto and incorporated herein by reference.

DATED:  HONOLULU, HAWAII: January 15, 2024

Margaret E. Blanton
Special Agent
Federal Bureau of Investigation

Sworn to under oath before me telephonically and attestation acknowledged
pursuant to FRCP 4.1(b)(2).



2

Wes Reber Porter
United States Magistrate Judge

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Margaret E. Blanton, being duly sworn, deposes and states as follows:

## Introduction

1.     This affidavit is submitted for the purpose of establishing probable cause that Billy Wilhelm Huntzinger aka Wilhelm Lewis Huntzinger ("HUNTZINGER"), the defendant, committed the following offense within the District of Hawaii on or around January 11, 2024: 18 U.S.C. § 922(g) (felon in possession of ammunition).  Specifically, the defendant is a prohibited person and did possess ammunition.

2.     I am a Special Agent with the Federal Bureau of Investigation and have been so employed since July 2011.  Currently, I am assigned to the Hawaii Violent Crime Task Force and investigate violent crimes and gang-related criminal activity, firearm offenses, drug trafficking and violent crimes against children. I was previously assigned to the Los Angeles Metropolitan Task Force on Violent Gangs, in which I investigated the most violent and criminally active gangs and narcotics organizations in the Los Angeles, California area.  Prior to my employment as a Special Agent, I was a Police Office with the FBI for approximately three years.  During my tenure with the FBI, I have participated in numerous investigations of violent crime.  Through these investigations, I gained substantial experience collecting evidence, conducting physical surveillance,

interviewing subjects and witnesses, executing search warrants, conducting undercover operations, and using confidential sources. I have received extensive training in these matters, as well. I have also worked with other federal agents and law enforcement officers who have investigated these crimes and they have shared their knowledge and experience regarding the manner in which illegal drugs and firearms are obtained, sold, and used. Furthermore, I am an investigative or law enforcement officer of the United States with the meaning of Section 2510(7) of Title 18 United States Code and empowered by law to conduct investigations of and to make arrests for the offenses enumerated in Section 2516 of Title 18, United States Code. Through my training and experience, I have become familiar with the manner in which criminal offenders operate, and the efforts of those involved in such activities.

3.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other law enforcement agents. I have personally contacted and conferred with Honolulu Police Department (HPD) Officers, Special Agents with the Alcohol, Tobacco, Firearms, and Explosives and Special Agents with the Drug Enforcement Administration on this matter. This affidavit is intended to show merely that there is sufficient probable cause for the requested Complaint and offense and does not set forth all

of my knowledge about this matter. I have set forth only the facts that I believe are necessary to establish probable cause to support the requested Complaint.

4.      This affidavit is made in support of a criminal complaint and arrest warrant for HUNTZINGER, for the possession of a firearm and/or ammunition by a prohibited person, offenses in violation of Title 18, United States Code, Section 922(g).

## PROBABLE CAUSE

5.      On January 11, 2024, at approximately 1655 hours, PERSON A made a report to HPD that an unknown male wearing a white tank top, dark pants, with a sleeve tattoo on his left arm, was at the door of his/her property located at [REDACTED ADDRESS], Honolulu, Hawaii. PERSON A watched the male on his/her video surveillance camera and noticed a bulge in the shape of a pistol in the male's pants with the handle of a pistol protruding from the male's front left pocket. PERSON A did not answer the door and shortly thereafter the male left and drove away in his vehicle, which PERSON A described to police officers as a gray Hyundai sedan with Hawaii license plate "TBY218" ("TARGET VEHICLE").

6.      Shortly after receiving the report from PERSON A, responding HPD officers made a traffic stop of TARGET VEHICLE and identified HUNTZINGER as the driver and sole occupant of the vehicle. HPD officers placed

HUNTZINGER under arrest for Driving without a Valid License (DWOL) and two contempt of court warrants without incident.

7.      In preparation for transporting HUNTZINGER to the HPD Kalihi Police Station for processing, HPD officers inspected the back seat prisoner area of the HPD transport vehicle for weapons or contraband, finding negative results. HUNTZINGER was then transported to the HPD Kalihi Police Station for processing in the HPD transport vehicle. After HUNTZINGER was escorted to the booking area, HPD officers again checked the back seat prisoner area of the HPD transport vehicle where HUNTZINGER had been seated and found a glass cylindrical pipe with a burnt residue on the inside that tested positive for crack cocaine on the floorboard. Subsequently, HPD additionally charged HUNTZINGER for Promoting a Dangerous Drug in the Third Degree.

8.      On January 12, 2024, federal officers conducted a search of TARGET VEHICLE pursuant to Mag. No. MJ 24-00038 WRP and the following items, among others, were recovered: AR-15 style rifle with no serial number or manufacturer, otherwise known as a "ghost gun", 205 rounds of 223 Remington ammunition, 136 of which were loaded into 5 magazines, an empty Sig Sauer pistol magazine, a grenade pin, approximately 115.79 grams of a white crystalline substance purported to be crystal methamphetamine, approximately 5 grams of a substance purported to be cocaine, and 2 scales in the TARGET VEHICLE.

9.     HUNTZINGER was provided his Miranda Rights verbally and in writing and he signed the Miranda Rights acknowledgement form.  After waiving his Miranda Rights, HUNTZINGER consented to be interviewed.  HUNTZINGER admitted to FBI Agents that the AR-15 style rifle, ammunition and purported narcotics recovered in the TARGET VEHICLE were his.  Additionally, HUNTZINGER admitted he was actively engaged in selling crystal methamphetamine, cocaine, and on occasion, he also sells weapons.

**HUNTZINGER's Criminal History and Prohibited Status**

10.     HUNTZINGER has been convicted of six felonies. According to a Hawaii Criminal Justice Inquiry, on 08/02/2017, HUNTZINGER was convicted of the following felonies in the Maui Circuit Court, Case No. CR-16-1-0367: Promoting a Dangerous Drug, in violation of HRS 712-1243, Prohibited Acts Related to Drug Paraphernalia Use, in violation of HRS 329-0043.5(A), Ownership or Possession of Prohibited Fugitive, in violation of HRS 134-0007(A).  On 01/09/2012, HUNTZINGER was convicted of the following felonies in the Honolulu Circuit Court, Case No. CR-11-1-0392: Attempted Assault Against a Law Enforcement Officer in First Degree, in violation of HRS 707-0712.5, Assault Against a Law Enforcement Officer in First Degree, in violation of HRS 707-0712.5.  On 06/03/2010, HUNTZINGER was convicted of the following felony in the Honolulu Circuit Court, Case No. CR-09-1-1144: Promoting a Dangerous Drug

3 (methamphetamine), in violation of HRS 712-1243.  As a result of these felony convictions, HUNTZINGER is prohibited from possessing firearms and ammunition pursuant to 18 U.S.C. § 922(g).

## CONCLUSION

11.     WHEREFORE, based on the aforementioned facts and my training and experience, I respectfully submit that there is probable cause to conclude BILLY WILHELM HUNTZINGER aka Wilhelm Lewis Huntzinger committed the offense of 18 U.S.C. § 922(g).

FURTHER AFFIANT SAYETH NAUGHT.

DATED: Honolulu, Hawaii, January 15, 2024.

Respectfully submitted,

Margaret E. Blanton
Special Agent
Federal Bureau of Investigation

Sworn to under oath before me telephonically, and attestation acknowledged pursuant to Fed. R. Crim. P. 4.1(b)(2), this 15th day of January, 2024, at Honolulu, Hawaii.



Wes Reber Porter
United States Magistrate Judge

8